TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVON BUHECKER; WILLIAM DOUGLAS; ROBERTO FRANCHE; BRENDA PALMER; JOHN PALMER MARVIN POPE; BRYAN WISNER; individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>DELTA AIRLINES, INC. a domestic corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | CASE NO: 2:15-cv-00769-LDG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiff, EVON BUHECKER; WILLIAM DOUGLAS; ROBERTO FRANCHE; BRENDA PALMER; JOHN PALMER MARVIN POPE; BRYAN WISNER, by and through their counsel, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant, DELTA AIRLINES, INC. by and through its counsel, Scott M. Mahoney, Esq., of the law firm of Fisher & Phillips, LLP, do hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss. Should Defendant need additional time for Defendant to respond to Plaintiff's response, Plaintiff is amenable to an extension. The reason that the extension is requested is due to Plaintiff's counsel needing additional time due to professional commitments and a planned vacation due to the Nevada Day holiday on October 30, 2015. In addition, Plaintiff's counsel is

1

chairing a seminar on veteran's benefits in preparation for Veteran's Day, November 11, 2015 that has been time consuming and whereby additional time is requested in order to respond.

Accordingly, it is stipulated that Plaintiff shall have up to and including November 13, 2015 to respond to Defendant's Motion to Dismiss (Doc. #11); should Defendant need additional time for Defendant to respond to Plaintiff's response, Plaintiff is amenable to an extension.

Dated: October 29, 2015                                   Dated: October 29, 2015

/s/ Trevor J. Hatfield                                    /s/ Scott M. Mahoney
_____                           _____
Trevor J. Hatfield, Esq., NV Bar #7373                    Scott M. Mahoney, Esq., NV Bar #7688
HATFIELD & ASSOCIATES, LLC                                FISHER & PHILLIPS, LLP
703 S. Eighth St.                                         300 South Fourth Street, Suite 300
Las Vegas, NV 89101                                       Las Vegas, NV 89101
Attorneys for Plaintiff                                   Attorneys for Defendant

**IT IS SO ORDERED.**

Dated this 4 day of   November  , 2015.

_____
U.S. DISTRICT JUDGE
LLOYD D. GEORGE

Respectfully submitted:

Dated October 29, 2015.
**HATFIELD & ASSOCIATES, LTD.**

/s/ Trevor J. Hatfield

By: _____
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*

2