# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVON BUHECKER, et al., | Case No. 2:15-cv-00769-LDG-VCF |
| Plaintiff(s), | |
| vs. | ORDER |
| DELTA AIR LINES, INC., | |
| Defendant(s). | |

Currently pending before the Court is a motion to exempt Plaintiff Evon Buhecker from attending the early neutral evaluation session scheduled for December 10, 2015. Docket No. 18. As an initial matter, the motion fails to indicate whether Mr. Buhecker could attend the early neutral evaluation session telephonically in the event the Court excuses his personal appearance. The Court hereby **ORDERS** Plaintiff to file a statement so indicating no later than noon on December 3, 2015. In addition, the Court orders any response to the motion must be filed no later than noon on December 4, 2015.

IT IS SO ORDERED.

Dated: December 2, 2015

_____
Nancy J. Koppe
United States Magistrate Judge