# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

EVON BUHECKER, *et al.*,

        Plaintiffs,

vs.

DELTA AIRLINES, INC.,

        Defendant.

2:15-cv-00769-LDG-VCF

**ORDER**

    Before the court is Plaintiff's Counsel's Motion to Withdraw as Counsel for Plaintiff Evon Buhecker; William Douglas; Roberto Franche and Alfredo A. Navarette (ECF No. 38).

    IT IS HEREBY ORDERED that a hearing on Plaintiff's Counsel's Motion to Withdraw as Counsel for Plaintiff Evon Buhecker; William Douglas; Roberto Franche and Alfredo A. Navarette (ECF No. 38) is scheduled for 10:00 a.m., June 16, 2016, in courtroom 3D.

    DATED this 3rd day of June, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE