FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 South Fourth Street
Suite 300
Las Vegas, NV 89101
Telephone: (702) 252-3131
Email: smahoney@laborlawyers.com

Attorneys for Defendant,
Delta Air Lines, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA PALMER; JOHN PALMER MARVIN POPE; BRYAN WISNER; JAMES C. MALCOLM; and DANIEL WATANABE; individuals,<br><br>        Plaintiffs,<br><br>vs.<br><br>DELTA AIRLINES, INC. a domestic corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive;<br><br>        Defendants. | Case No. 2:15-cv-00769-LDG-VCF<br><br>**UNOPPOSED MOTION TO CONTINUE HEARING ON MOTION TO WITHDRAW AS ATTORNEY**<br>        (First Request) |

Defendant, Delta Air Lines, Inc. ("Delta"), hereby moves this Court for a continuance of the hearing on Trevor Hatfield, Esq.'s Motion to Withdraw as Attorney (ECF No. 38) set for hearing on June 16, 2016 at 10:00 a.m. pursuant to ECF No. 41. Defense counsel will be recovering from a June 8 surgery and needs to move the hearing to a time convenient to all concerned on or after June 20, 2016. Dates convenient to both counsel are June 21, 22 and 23. This is the first request for a continuance of this hearing date. Defense counsel represents that he has spoken with

- 1 -

31779027

the office of Plaintiffs' counsel, who does not object to the granting of this Motion.

Respectfully submitted,

FISHER & PHILLIPS LLP

/s/ Scott M. Mahoney, Esq.
SCOTT M. MAHONEY, ESQ.
300 South Fourth Street
Suite 1500
Las Vegas, Nevada 89101
Attorneys for Defendant.
Delta Air Lines, Inc.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 6-7-2016

IT IS HEREBY ORDERED that the hearing scheduled for 10:00 a.m., June 16, 2016 is VACATED and RESCHEDULED to 10:00 a.m., June 21, 2016, in courtroom 3D.

- 2 -

31779027