TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA PALMER; JOHN PALMER; BRYAN WISNER; JAMES C. MALCOLM; and DANIEL WATANABE; individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>DELTA AIRLINES, INC. a domestic corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive;<br><br>Defendant. | CASE NO: 2:15-cv-00769-LDG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND TO EXTEND TIME FOR DEFENDANT TO REPLY TO PLAINTIFFS' RESPONSE** |

Plaintiffs, above captioned, by and through their counsel, Trevor J. Hatfield, Esq., of Hatfield & Associates, Ltd., and Defendant DELTA AIRLINES, INC. (Defendant), by and through its counsel, Scott M. Mahoney, Esq., of Fisher & Phillips, LLP, who do hereby stipulate and agree to extend the time for Plaintiffs to respond to Defendant's Motion to Dismiss (ECF No. 40) and to extend the time for Defendant to reply to Plaintiffs' response.

///

///

///

1

Accordingly, Plaintiffs shall have up to and including June 20, 2016, to respond to Defendant's Motion to Dismiss (ECF No. 40) and Defendant shall have up to and including July 1, 2016, to reply to Plaintiffs' response.

Dated: June 13, 2016                                                      Dated: June 13, 2016

/s/ Trevor J. Hatfield                                                          /s/ Scott M. Mahoney
By:_____                         By:_____
Trevor J. Hatfield, Esq.                                                       Scott M. Mahoney, Esq.
HATFIELD & ASSOCIATES, LLC                                    FISHER & PHILLIPS LLP
703 S. Eighth St.                                                                 300 South Fourth Street, Suite 1500
Las Vegas, NV 89101                                                         Las Vegas, NV 89101
Attorneys for Plaintiffs                                                        Attorneys for Defendant


**IT IS SO ORDERED.**

Dated this 16 day of ___June___, 2016.

_____
Lloyd D. George
Sr. U.S. District Judge

Respectfully submitted:

Dated June 13, 2016.
**HATFIELD & ASSOCIATES, LTD.**

/s/ Trevor J. Hatfield

By: _____
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiffs*