UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

BRENDA PALMER, *et al.*,

    Plaintiffs,

vs.

DELTA AIRLINES, INC., *et al.*,

    Defendants.

2:15-cv-00769-LDG-VCF

**ORDER**

Before the Court is the Substitution of Counsel (ECF No. 51).

IT IS HEREBY ORDERED that a hearing on the Substitution of Counsel (ECF No. 51) is scheduled for 10:00 a.m., September 30, 2016, in Courtroom 3D.

IT IS FURTHER ORDERED that James C. Malcolm must attend the hearing. Plaintiff's counsel must forward a copy of this Order to Mr. Malcolm.

DATED this 13th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE