1    TREVOR J. HATFIELD, ESQ.
     Nevada Bar No. 7373
2    **HATFIELD & ASSOCIATES, LTD.**
3    703 South Eighth Street
     Las Vegas, Nevada 89101
4    (702) 388-4469 Tel.
     (702) 386-9825 Fax
5    _thatfield@hatfieldlawassociates.com_

6    *Attorney for Plaintiffs*

7
                        **UNITED STATES DISTRICT COURT**
8
                           **DISTRICT OF NEVADA**
9

10   BRENDA PALMER; JOHN PALMER; BRYAN          CASE NO: 2:15-cv-00769-LDG-VCF
     WISNER; JAMES C. MALCOLM; and DANIEL
11   WATANABE; individuals,

12              Plaintiffs,

13       vs.                                    **SUBSTITUTION OF COUNSEL**

14   DELTA AIRLINES, INC. a domestic corporation;
     DOES   I    through    X,    inclusive;   ROE
15   CORPORATIONS I through X, inclusive;

16              Defendants.

17       The undersigned Plaintiff hereby substitutes himself, JAMES C. MALCOLM, (hereinafter

18   "Plaintiff") in proper person, in the place and stead of HATFIELD & ASSOCIATES, LTD., and

19
     Trevor J. Hatfield, Esq., as attorney of record for Plaintiff in the above-entitled action.  Attached and
20
     incorporated herein are the signatures of JAMES C. MALCOLM and of counsel approving the
21
22   Substitution of Counsel.  Plaintiff wishes to represent himself in this action.  His last known address,

23   telephone number, and email is 4050 Palos Verdes Street, Apt. #31, Las Vegas, NV 89119,

24   Telephone number (702) 767-0516, email:  jcmalcolm1@hotmail.com.

25   ///

26   ///

27   ///

28

                                            1

1    I, JAMES C. MALCOLM, Plaintiff in the within case, do hereby consent to the substitution

2    of counsel.

3    DATED this 12 day of September, 2016    JAMES C. MALCOLM, Plaintiff
                                              In Proper Person
4

5                                            By: _____

6

7    Trevor J. Hatfield, Esq., of the law firm of HATFIELD & ASSOCIATES, LTD. hereby

8    agrees to the substitution.

9    DATED this 13 day of September, 2016.    HATFIELD & ASSOCIATES, LTD.

10                                            By: _____
11                                            Trevor J. Hatfield, Esq. (SBN 7373)
                                              703 South Eighth Street
12                                            Las Vegas, Nevada 89101
                                              (702) 388-4469 Tel.
13                                            Former Attorney for Plaintiff James C. Malcolm

14
     DATED this 13 day of September, 2016.
15                                                HATFIELD & ASSOCIATES, LTD.

16                                                /s/ Trevor J. Hatfield

17                                            By: _____
18                                            TREVOR J. HATFIELD
                                              Nevada Bar No. 7373
19                                            HATFIELD & ASSOCIATES, LTD.
                                              703 South Eighth Street
20                                            Las Vegas, Nevada 89101
                                              (702) 388-4469 Tel.
21                                            (702) 386-9825 Fax
22                                            thatfield@hatfieldlawassociates.com
                                              Former Attorney for Plaintiff James C. Malcolm
23

24

25   IT IS SO ORDERED.

26   _____

27   UNITED STATES MAGISTRATE JUDGE
28   DATED: _____ September 27, 2016

2

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that on the 13 day of September, 2016, I filed and served a true copy of the foregoing **SUBSTITUTION OF COUNSEL** upon the following party by hand delivery:

Scott M. Mahoney, Esq.
FISHER & PHILLIPS LLP
Nevada Bar No. 1099
300 South Fourth Street, Suite 300
Las Vegas, NV 89101
*Attorneys for Defendant*

Dated this 13 day of September, 2016.

**HATFIELD & ASSOCIATES, LTD.**

By:  /s/ *Freda P. Brazier*
_____
An employee of Hatfield & Associates, Ltd.