# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

BRENDA PALMER, *et al.*,

    Plaintiffs,

vs.

DELTA AIRLINES, INC., *et al.*,

    Defendants.

2:15-cv-00769-LDG-VCF

**ORDER**

Before the Court is the Motion to Enforce Settlement Agreement (ECF No. 57).

IT IS HEREBY ORDERED that a hearing on the Motion to Enforce Settlement Agreement (ECF No. 57) is scheduled for 3:00 p.m., October 24, 2016, in Courtroom 3D.

DATED this 27th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE