SUBT
TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVON BUHECKER; WILLIAM DOUGLAS; ROBERTO FRANCHE; BRENDA PALMER; JOHN PALMER MARVIN POPE; BRYAN WISNER; individuals,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DELTA AIRLINES, INC. a domestic corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive;<br><br>    Defendants. | CASE NO: 2:15-cv-00769-LDG-VCF<br><br><br>**SUBSTITUTION OF COUNSEL** |

The undersigned Plaintiff hereby substitutes himself, DANIEL WATANABE, (hereinafter "Plaintiff") in proper person, in the place and stead of HATFIELD & ASSOCIATES, LTD., and Trevor J. Hatfield, Esq., as attorney of record for Plaintiff in the above-entitled action. Attached and incorporated herein are the signatures of DANIEL WATANABE and of counsel approving the Substitution of Counsel. Plaintiff wishes to represent himself in this action. His last known address, telephone number, and email is 5473 Jackpot Winner Lane, 101, Las Vegas, NV 89122, Telephone number (808) 222-6400, email: dywatanabe@gmail.com

///

///

1   I, DANIEL WATANABE, Plaintiff in the within case, do hereby consent to the substitution

2   of counsel.

3   DATED this 9 day of November, 2016

4   

5   

6   

DANIEL WATANABE, Plaintiff
In Proper Person

By: _____

7   Trevor J. Hatfield, Esq., of the law firm of HATFIELD & ASSOCIATES, LTD. hereby

8   agrees to the substitution.

9   DATED this 10 day of November, 2016

10  

11  

12  

13  

14  

15  

HATFIELD & ASSOCIATES, LTD.

By: _____
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiffs Brenda Palmer,
John Palmer, Bryan Wisner and Daniel
Watanabe*

16  DATED this 10 day of November, 2016.

17  

18  

19  

20  

21  

22  

23  

HATFIELD & ASSOCIATES, LTD.

/s/ Trevor J. Hatfield

By:_____
TREVOR J. HATFIELD
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff James C. Malcolm*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 11-14-2016

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that on the 11th day of November, 2016, I filed and served a true copy of the foregoing **SUBSTITUTION OF COUNSEL** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Scott M. Mahoney, Esq.
FISHER & PHILLIPS LLP
Nevada Bar No. 1099
300 South Fourth Street, Suite 300
Las Vegas, NV 89101
*Attorneys for Defendant*

I certify that on the 11th day of November, 2016, I served a copy of the foregoing **SUBSTITUTION OF COUNSEL** on the following Plaintiffs by regular mail, addressed as follows, at the last known addresses of said Plaintiffs.

James C. Malcolm
4050 Palos Verdes Street, Apt. #31
Las Vegas, NV 89119
*Plaintiff In Pro Per*

Bryan Wisner
3527 E. Flamingo Road, #206
Las Vegas, NV 89121
*Plaintiff In Pro Per*

Daniel Watanabe
5473 Jackpot Winner Lane, 101
Las Vegas, NV 89122
*Plaintiff In Pro Per*

Dated this 11th day of November, 2016.

**HATFIELD & ASSOCIATES, LTD.**

By: /s/ *Freda P. Brazier*

An employee of Hatfield & Associates, Ltd.

3