# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRENDA PALMER, *et al*.,

    Plaintiffs,

v.

DELTA AIRLINES, INC.,

    Defendant.

Case No. 2:15-cv-00769-LDG (VCF)

**ORDER**

    For good cause shown,

    THE COURT **ADOPTS** the Report and Recommendation (ECF No. 92);

    THE COURT **ORDERS** that Defendant Delta Air Lines, Inc.'s Motion to Deposit or Interplead Settlement Funds with the Court (#80) is GRANTED;

    THE COURT FURTHER **ORDERS** that Defendant Delta Air Lines, Inc. may deposit the amount of ten thousand dollars with the Clerk of the Court pursuant to Fed. R. Civ. Pro. 67(a). This deposit represents the full monetary consideration that the defendant is obligated to pay to settle all claims brought by the plaintiffs against the defendant.

    THE COURT FURTHER **ORDERS** that Defendant Delta Air Lines, Inc. must deposit the funds not later than Friday, May 12, 2017, at 4:00 p.m.

THE COURT FURTHER **ORDERS** that, upon the deposit of the funds, this case will be dismissed with prejudice, with each side bearing its own costs and attorneys' fees, and judgment will be entered accordingly.

THE COURT FURTHER **ORDERS** that the funds deposited by Defendant Delta Air Lines, Inc. shall be held by the Clerk of the Court until such time as Attorney Trevor J. Hatfield, on behalf of himself and as counsel of record for plaintiffs Brenda Palmer and John Palmer, together with Bryan Wisner, James C. Malcolm, and Danial Watanabe, each now appearing *pro se*, file a stipulation and proposed order directing the disbursement of the funds. Alternatively, the funds may be distributed by further court order if one of these parties files a certified copy of a judgment from a court of competent jurisdiction or a suitable dispute resolution organization, such as the Nevada State Bar Fee Dispute Arbitration Program, resolving the dispute between the *pro se* plaintiffs and their former counsel, after notice and an opportunity to be heard by the remaining parties as to the legitimacy of the submitted resolution of this dispute.

DATED this 25 day of April, 2017.

Lloyd D. George
United States District Judge