# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRENDA PALMER, *et al.*,

    Plaintiffs,

v.

DELTA AIRLINES, INC.,

    Defendant.

Case No. 2:15-cv-00769-LDG (VCF)

**ORDER**

James Malcolm, appearing *pro se*, moves to deny (ECF No. 99) the Amended Notice of Attorney's Lien (ECF No. 98) and further moves to release the funds not in dispute to the plaintiffs (ECF No. 100). Previously, the Court ordered that the funds deposited by Defendant Delta Air Lines, Inc. shall be held by the Clerk of the Court until such time as Attorney Trevor J. Hatfield, on behalf of himself and as then-counsel of record for plaintiffs Brenda Palmer and John Palmer, together with Bryan Wisner, James C. Malcolm, and Daniel Watanabe, each now appearing *pro se*, file a stipulation and proposed order directing the disbursement of the funds. Alternatively, the Court ordered that the funds may be distributed by court order if one of these parties filed a certified copy of a judgment from a court of competent jurisdiction or a suitable dispute resolution organization, such as the Nevada State Bar Fee Dispute Arbitration Program, resolving the

dispute between the *pro se* plaintiffs and their former counsel, after notice and an opportunity to be heard by the remaining parties as to the legitimacy of the submitted resolution of this dispute.

Malcolm's motion to release the funds, which he may only file on his own behalf, does not constitute a stipulation between the plaintiffs and attorney Trevor J. Hatfield directing the disbursement of the funds. Neither does the motion constitute a certified copy of a judgment of a court of competent jurisdiction or a suitable dispute resolution organization. Accordingly,

THE COURT **ORDERS** that the Motion to Deny Notice of Amended Attorney's Lien (ECF No. 99) and Motion to Court to Release Funds Not in Dispute to Plaintiffs (ECF No. 100) are DENIED.

DATED this 29 day of November, 2017.

_____
Lloyd D. George
United States District Judge