# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRENDA PALMER, et al.,

    Plaintiffs,

v.

DELTA AIRLINES, INC.,

    Defendant.

Case No. 2:15-cv-00769-LDG (VCF)

ORDER

On December 11, 2018, the Court entered an Order granting the stipulation of some of the parties to have the Clerk of the Court disburse some of the interpled funds on deposit with the Court to the mediator identified in the stipulation. The Clerk of the Court, however, has informed the Court that the law office of the mediator that the parties identified in their stipulation does not exist. Rather, the Clerk identified a law firm in the Las Vegas area with a similar, though distinctly different, name. The Clerk did not, nor was the Clerk required to, attempt to locate a law firm—as named by the parties--outside of the Las Vegas area that might have acted as the mediator. As a result, the Court cannot disburse the funds in the manner requested by the parties. Accordingly, for good cause shown,

THE COURT **ORDERS** that plaintiffs' former counsel Trevor Hatfield shall, not later than seven days from the date this Order is entered, file a document with the Court

correctly identifying both the name and the address of the of the law office of the mediator to whom the Court can disburse the certain interpleaded funds.

DATED this ___ day of December, 2018.

_____
Lloyd D. George
United States District Judge